# United States District Court
# District of Puerto Rico (San Juan)
# CRIMINAL DOCKET FOR CASE #: 3:10–cr–00164–DRD–8

Case title: USA v. Figueroa–Alvarado et al

Date Filed: 05/04/2010
Date Terminated: 09/19/2011

Assigned to: Judge Daniel R. Dominguez

**Defendant (8)**

| | |
|---|---|
| **Jaime Lopez–Quinones**<br>*TERMINATED: 09/19/2011*<br>*also known as*<br>Gordo<br>*TERMINATED: 09/19/2011* | represented by **Rafael Anglada–Lopez**<br>Rafael Anglada Lopez Law Office<br>PO Box 194886<br>San Juan, PR 00919<br>787–525–1981<br>Fax: 787–765–8679<br>Email: angladalr@yahoo.com<br>*TERMINATED: 05/12/2014*<br>*Designation: CJA Appointment* |

**Pending Counts**

21:846, 841(a)(1) and 860: CONSPIRACY TO DISTRIBUTE NARCOTICS
(1)

18:924(c)(1)(A) and 2, 982(a)(1) and RULE 32.2(a): A/A, POSSESSION OF FIREARMS IN FURTHERANCE OF A DRUG TRAFFICKING CRIME, FORFEITURE ALLEGATION
(3)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:924(o) CONSPIRACY TO POSSESS FIREARMS DURING AND IN RELATION TO DRUG TRAFFICKING CRIMES
(2)

**Disposition**

Impr of 60 months as to counts 1 and 3 to be served consecutively with each other for a total term of imprisonment of 120 months. SRT of 8 years as to ct 1, and 5 years as to count 3 to be served concurrently with each other. SMA OF $200.00.

Impr of 60 months as to counts 1 and 3 to be served consecutively with each other for a total term of imprisonment of 120 months. SRT of 8 years as to ct 1, and 5 years as to count 3 to be served concurrently with each other. SMA OF $200.00.

**Disposition**

Dismissed

1

**Highest Offense Level
(Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Interested Party**

**US Probation Office**                    represented by    **Myriam Y. Fernandez–Gonzalez**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

---

**Interested Party**

**US Pretrial Services**

---

**Plaintiff**

**USA**                    represented by    **Jeanette M. Collazo–Ortiz**
                                            United States Attorney's Office
                                            Criminal Section– Firearms Unit
                                            350 Chardon St.
                                            Torre Chardon Suite 1201
                                            San Juan, PR 00918
                                            787–772–3928 787–344–7157
                                            Fax: 787–766–5398
                                            Email: jeanette.collazo@usdoj.gov
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*
                                            *Designation: AUSA Designation*

                                            **Myriam Y. Fernandez–Gonzalez**
                                            United States Attorneys Office
                                            District of Puerto Rico
                                            Torre Chardon Suite 1201
                                            350 Chardon Ave
                                            San Juan, PR 00918
                                            787–282–1905
                                            Fax: 787–766–6222
                                            Email: myriam.y.fernandez@usdoj.gov
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Susan Zetta Jorgensen**
                                            United States Attorneys Office

District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787–282–1838
Fax: 787–771–4050
Email: susan.z.jorgensen@usdoj.gov
*TERMINATED: 05/23/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: AUSA Designation*

**Jonathan L. Gottfried**
United States Attorney's Office
District of Puerto Rico
350 Carlos Chardon Street
San Juan, PR 00918
787–409–7558
Fax: 787–771–4043
Email: jonathan.l.gottfried@usdoj.gov
*TERMINATED: 12/27/2018*
*Designation: AUSA Designation*

**Jose Capo–Iriarte**
United States Attorneys' Office
350 Torre Chardon
Suite 1201
Hato Rey, PR 00918
787–766–5656
Fax: 787–766–5326
Email: jose.capo2@usdoj.gov
*TERMINATED: 02/23/2011*

**Michael C. Bagge**
United States Department of Justice
United States Attorneys Office
Torre Chardon Suite 1201
350 Chardon Ave.
San Juan, PR 00918
787–766–5656
Fax: 787–766–6219
Email: michael.c.bagge@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/04/2010 | 1 | | MOTION to Seal Case by USA as to Christian A. Figueroa–Alvarado, Oswald Lopez–Ortiz, Luis A. Caquias–Alcazar, Francisco Rodriguez–Soler, Jorge L. Velez–Fontanez, Jose L. Oliveras–Lopez, Hector Vargas–Velez, Jaime Lopez–Quinones, Orlando Batista–Ilert, Jose J. Reyes–Quintana, Alexis Rodriguez–Reyes, Jesus Irizarry–Rivera, Alberto Rodriguez–Soler, Guillermo Segarra–Lugo, Miguel A. Gonzalez–Rodriguez, Jorge |

| | | | |
|---|---|---|---|
| | | | Aponte–Aponte, Gill A. Rodriguez–Pabon, Jose Guillermo Rodriguez–Pabon, Gabriel Lugo–Maldonado, Jariel Martinez–Rivera, Josue Colon–Melendez, Jose L. Martinez–Rodriguez, Eleuteria Alvarado–Colon, Maria Figueroa–Alvarado, William Alvarado–Colon, Jose Emmanuel Caraballo–Aponte, Alex X. De–Jesus–Carrasquillo. (np) (Entered: 05/06/2010) |
| 05/04/2010 | 2 | | ORDER granting 1 Motion to Seal Case as to all defendants.Signed by US Magistrate Judge Camille L. Velez–Rive on 5/4/10. (np) (Entered: 05/06/2010) |
| 05/04/2010 | 3 | 15 | INDICTMENT as to Christian A. Figueroa–Alvarado (1) count(s) 1, 2, 3, Oswald Lopez–Ortiz (2) count(s) 1, 2, 3, Luis A. Caquias–Alcazar (3) count(s) 1, 2, 3, Francisco Rodriguez–Soler (4) count(s) 1, 2, 3, Jorge L. Velez–Fontanez (5) count(s) 1, 2, 3, Jose L. Oliveras–Lopez (6) count(s) 1, 2, 3, Hector Vargas–Velez (7) count(s) 1, 2, 3, Jaime Lopez–Quinones (8) count(s) 1, 2, 3, Orlando Batista–Ilert (9) count(s) 1, 2, 3, Jose J. Reyes–Quintana (10) count(s) 1, 2, 3, Alexis Rodriguez–Reyes (11) count(s) 1, 2, 3, Jesus Irizarry–Rivera (12) count(s) 1, 2, 3, Alberto Rodriguez–Soler (13) count(s) 1, 2, 3, Guillermo Segarra–Lugo (14) count(s) 1, 2, 3, Miguel A. Gonzalez–Rodriguez (15) count(s) 1, 2, 3, Jorge Aponte–Aponte (16) count(s) 1, 2, 3, Gill A. Rodriguez–Pabon (17) count(s) 1, 2, 3, Jose Guillermo Rodriguez–Pabon (18) count(s) 1, 2, 3, Gabriel Lugo–Maldonado (19) count(s) 1, Jariel Martinez–Rivera (20) count(s) 1, Josue Colon–Melendez (21) count(s) 1, Jose L. Martinez–Rodriguez (22) count(s) 1, Eleuteria Alvarado–Colon (23) count(s) 1, Maria Figueroa–Alvarado (24) count(s) 1, William Alvarado–Colon (25) count(s) 1, Jose Emmanuel Caraballo–Aponte (26) count(s) 1, Alex X. De–Jesus–Carrasquillo (27) count(s) 1. (np) (Entered: 05/07/2010) |
| 05/04/2010 | 4 | | Minute for proceedings held before US Magistrate Judge Camille L. Velez–Rive: Return of Indictment by Grand Jury as to all defendants held on 5/4/2010. WA to be issued. (Court Reporter FTR.) (np) (Entered: 05/07/2010) |
| 05/04/2010 | 5 | | *RESTRICTED* Arrest Warrants Issued by US Magistrate Judge Camille L. Velez–Rive in case as to Christian A. Figueroa–Alvarado, Oswald Lopez–Ortiz, Luis A. Caquias–Alcazar, Francisco Rodriguez–Soler, Jorge L. Velez–Fontanez, Jose L. Oliveras–Lopez, Jaime Lopez–Quinones, Orlando Batista–Ilert, Jose J. Reyes–Quintana, Alexis Rodriguez–Reyes, Jesus Irizarry–Rivera, Alberto Rodriguez–Soler, Guillermo Segarra–Lugo, Miguel A. Gonzalez–Rodriguez, Jorge Aponte–Aponte, Gill A. Rodriguez–Pabon, Jose Guillermo Rodriguez–Pabon, Gabriel Lugo–Maldonado, Jariel Martinez–Rivera, Josue Colon–Melendez, Jose L. Martinez–Rodriguez, Eleuteria Alvarado–Colon, Maria Figueroa–Alvarado, William Alvarado–Colon, Jose Emmanuel Caraballo–Aponte, Alex X. De–Jesus–Carrasquillo. (np) Modified on 10/5/2010 eliminating deft Hector Vargas–Velez.(np). (Entered: 05/07/2010) |
| 05/07/2010 | 15 | | MOTION to Unseal Case by USA as to all defendants. (np) (Entered: 05/07/2010) |
| 05/07/2010 | 16 | | ORDER granting 15 Motion to Unseal Case as to all defendants.Signed by US Magistrate Judge Camille L. Velez–Rive on 5/7/10. (np) (Entered: |

| | | | |
|---|---|---|---|
| | | | 05/07/2010) |
| 05/25/2010 | <u>119</u> | | ORDER REGARDING DISCOVERY AND CASE MANAGEMENT as to Christian A. Figueroa−Alvarado, et al., **Discovery due by 6/4/2010.** Signed by Judge Daniel R. Dominguez on 5/25/2010.(om) (Entered: 05/25/2010) |
| 05/25/2010 | 120 | | ORDER as to Christian A. Figueroa−Alvarado, Oswald Lopez−Ortiz, Luis A. Caquias−Alcazar, Francisco Rodriguez−Soler, Jorge L. Velez−Fontanez, Jose L. Oliveras−Lopez, Hector Vargas−Velez, Jaime Lopez−Quinones, Orlando Batista−Ilert, Jose J. Reyes−Quintana, Alexis Rodriguez−Reyes, Jesus Irizarry−Rivera, Alberto Rodriguez−Soler, Guillermo Segarra−Lugo, Miguel A. Gonzalez−Rodriguez, Jorge Aponte−Aponte, Gill A. Rodriguez−Pabon, Jose Guillermo Rodriguez−Pabon, Gabriel Lugo−Maldonado, Jariel Martinez−Rivera, Josue Colon−Melendez, Jose L. Martinez−Rodriguez, Eleuteria Alvarado−Colon, Maria Figueroa−Alvarado, William Alvarado−Colon, Jose Emmanuel Caraballo−Aponte, Alex X. De−Jesus−Carrasquillo: **Status Conference is set for June 7, 2010 at 4:30 p.m.** IT IS SO ORDERED. Signed by Judge Daniel R. Dominguez on 5/25/2010.(om) (Entered: 05/25/2010) |
| 06/04/2010 | <u>124</u> | | MOTION in Compliance regarding Discovery by USA as to all defendants. (Fernandez−Gonzalez, Myriam) (Entered: 06/04/2010) |
| 06/08/2010 | 129 | | ORDER noted <u>124</u> Motion in Compliance as to all defendants. Signed by Judge Daniel R. Dominguez on 6−8−10. (nild) (Entered: 06/08/2010) |
| 06/08/2010 | <u>131</u> | | INFORMATIVE motion by USA as to all defendants (Fernandez−Gonzalez, Myriam) (Entered: 06/08/2010) |
| 06/08/2010 | 132 | | ORDER noted <u>131</u> Informative Motion as to all defendants. Signed by Judge Daniel R. Dominguez on 6−8−10. (nild) (Entered: 06/08/2010) |
| 06/15/2010 | <u>146</u> | | INFORMATIVE motion *re: Discovery* by USA as to Christian A. Figueroa−Alvarado, Oswald Lopez−Ortiz, Luis A. Caquias−Alcazar, Francisco Rodriguez−Soler, Jorge L. Velez−Fontanez, Jose L. Oliveras−Lopez, Hector Vargas−Velez, Jaime Lopez−Quinones, Orlando Batista−Ilert, Jose J. Reyes−Quintana, Alexis Rodriguez−Reyes, Jesus Irizarry−Rivera, Alberto Rodriguez−Soler, Guillermo Segarra−Lugo, Miguel A. Gonzalez−Rodriguez, Jorge Aponte−Aponte, Gil A. Rodriguez−Pabon, Jose Guillermo Rodriguez−Pabon, Gabriel Lugo−Maldonado, Jariel Martinez−Rivera, Josue Colon−Melendez, Jose L. Martinez−Rodriguez, Eleuteria Alvarado−Colon, Maria Figueroa−Alvarado, William Alvarado−Colon, Jose Emmanuel Caraballo−Aponte, Alex X. De−Jesus−Carrasquillo. (Attachments: # <u>1</u> Exhibit)(Fernandez−Gonzalez, Myriam) (Entered: 06/15/2010) |
| 06/16/2010 | 148 | | ORDER noted <u>146</u> Informative Motion as to all defendants. Signed by Judge Daniel R. Dominguez on 6−16−10. (nild) (Entered: 06/16/2010) |
| 07/01/2010 | | | Arrest of Jaime Lopez−Quinones, Eleuteria Alvarado−Colon, Maria Figueroa−Alvarado. (yr) (Entered: 07/07/2010) |
| 07/01/2010 | <u>171</u> | | *RESTRICTED* CJA 23 Financial Affidavit by Jaime Lopez−Quinones. (yr) (Entered: 07/07/2010) |
| 07/01/2010 | 174 | | |

| | | | |
|---|---|---|---|
| | | | Minute Entry for proceedings held before US Magistrate Judge Camille L. Velez–Rive:Initial Appearance as to Jaime Lopez–Quinones, Eleuteria Alvarado–Colon, Maria Figueroa–Alvarado held on 7/1/2010. Defendants were provided with copy of the indictment and advised as to the charges and their rights. After reviewing the CJA–23 forms filled by defendants, the Court ordered that members of the CJA Panel be appointed to represent them. **Arraignment and Detention hearings set for 7/6/2010 at 01:30 PM in Courtroom 11 before US Magistrate Judge Camille L. Velez–Rive.** Defendants are ordered detained pending hearings. (yr) (Entered: 07/07/2010) |
| 07/01/2010 | 175 | | ORDER scheduling detention hearing as to Jaime Lopez–Quinones. Defendant is TEMPORARILY DETAINED pending hearing.  Signed by US Magistrate Judge Camille L. Velez–Rive on 7/1/2010.(yr) (Entered: 07/07/2010) |
| 07/06/2010 | 178 | | Minute Entry for proceedings held before US Magistrate Judge Camille L. Velez–Rive: Present were AUSA Jose Capo, Mr. Rafael Anglada, and PTO E. Jimenez.Arraignment as to Jaime Lopez–Quinones (8) Count 1,2,3 held on 7/6/2010. Defendant waived reading of indictment and entered a plea of not guilty as to all counts. Case is referred to Judge Dominguez for trial scheduling. Detention Hearing as to Jaime Lopez–Quinones held on 7/6/2010. Arguments heard as to bail for this defendant. The Court adopted the recommendations made by PT and ordered defendant detained without bail. Order to issue. (Court Reporter –FTR.)(Court Interpreter –Marie Hernandez.)Hearing set for 01:30.Hearing held at 02:15.Hearing ended at 02:30. (yr) (Entered: 07/07/2010) |
| 07/07/2010 | 181 | | ORDER OF DETENTION as to Jaime Lopez–Quinones.  Signed by US Magistrate Judge Camille L. Velez–Rive on 7/7/10.(ljt) (Entered: 07/07/2010) |
| 08/04/2010 | 195 | | Minute Entry for proceedings held before Judge Daniel R. Dominguez:Second Status Conference as to Christian A. Figueroa–Alvarado, et al., :**Third Status Conference set for 10/5/2010 04:30 PM.** (Court Reporter Yvette Richardson.)Hearing set for 05:00.Hearing held at 06:09.Hearing ended at 06:19. (om) (Entered: 08/12/2010) |
| 09/16/2010 | 212 | | MOTION *for* Permission to Be Absent from Status Conference Set for October 5, 2010 by Jaime Lopez–Quinones. (Anglada–Lopez, Rafael) (Entered: 09/16/2010) |
| 09/17/2010 | 213 | | ORDER noted and granted 212 Motion as to Jaime Lopez–Quinones (8). Signed by Judge Daniel R. Dominguez on 9/16/2010. (sr) (Entered: 09/17/2010) |
| 10/07/2010 | 218 | | Minute Entry for proceedings held before Judge Daniel R. Dominguez:Third Status Conference as to Christian A. Figueroa–Alvarado, et al., held on 10/5/2010.**Change of plea Motions due by 11/5/2010. Fourth Status Conference set for 11/8/2010 04:30 PM.** (Court Reporter Yvette Richardson.)Hearing set for 04:30.Hearing held at 04:30.Hearing ended at 04:56. (om) (Entered: 10/07/2010) |
| 11/08/2010 | 231 | | Minute Entry for proceedings held before Judge Daniel R. Dominguez:Fourth Status Conference as to Christian A. Figueroa–Alvarado, Oswald |

| | | | |
|---|---|---|---|
| | | | Lopez–Ortiz, Luis A. Caquias–Alcazar, Francisco Rodriguez–Soler, Jorge L. Velez–Fontanez, Jose L. Oliveras–Lopez, Jaime Lopez–Quinones, Orlando Batista–Ilert, Jose J. Reyes–Quintana, Alexis Rodriguez–Reyes, Jesus Irizarry–Rivera, Alberto Rodriguez–Soler, Miguel A. Gonzalez–Rodriguez, Jorge Aponte–Aponte, Gil A. Rodriguez–Pabon, Jose Guillermo Rodriguez–Pabon, Gabriel Lugo–Maldonado, Jariel Martinez–Rivera, Josue Colon–Melendez, Jose L. Martinez–Rodriguez, Eleuteria Alvarado–Colon, Maria Figueroa–Alvarado, William Alvarado–Colon, Jose Emmanuel Caraballo–Aponte, Alex X. De–Jesus–Carrasquillo held on 11/8/2010. **Change of plea Motions due by 12/6/2010. Fifth Status Conference set for 12/7/2010 04:30 PM before Judge Daniel R. Dominguez.** (Court Reporter Yvette Richardson.)Hearing set for 04:30.Hearing held at 05:10.Hearing ended at 05:34. (om) (Main Document 231 replaced on 12/1/2010) (np). (Entered: 11/12/2010) |
| 12/07/2010 | 264 | | Minute Entry for proceedings held before Judge Daniel R. Dominguez:5th Status Conference as to Christian A. Figueroa–Alvarado, Oswald Lopez–Ortiz, Luis A. Caquias–Alcazar, Francisco Rodriguez–Soler, Jorge L. Velez–Fontanez, Jose L. Oliveras–Lopez, Jaime Lopez–Quinones, Orlando Batista–Ilert, Jose J. Reyes–Quintana, Alexis Rodriguez–Reyes, Jesus Irizarry–Rivera, Alberto Rodriguez–Soler, Guillermo Segarra–Lugo, Miguel A. Gonzalez–Rodriguez, Jorge Aponte–Aponte, Gil A. Rodriguez–Pabon, Jose Guillermo Rodriguez–Pabon, Jariel Martinez–Rivera, Josue Colon–Melendez, Jose L. Martinez–Rodriguez, Maria Figueroa–Alvarado, William Alvarado–Colon, Jose Emmanuel Caraballo–Aponte held on 12/7/2010. **Final Status Conference set for January 18, 2011 at 4:30 p.m.** (Court Reporter Yvette Richardson.)Hearing set for 04:30.Hearing held at 05:23.Hearing ended at 05:45. (om) (Entered: 12/16/2010) |
| 12/14/2010 | 261 | | NOTICE OF ATTORNEY APPEARANCE: Michael C. Bagge appearing for USA. (Bagge, Michael) (Entered: 12/14/2010) |
| 12/15/2010 | 262 | | INFORMATIVE motion by USA as to Christian A. Figueroa–Alvarado, Oswald Lopez–Ortiz, Luis A. Caquias–Alcazar, Francisco Rodriguez–Soler, Jorge L. Velez–Fontanez, Jose L. Oliveras–Lopez, Hector Vargas–Velez, Jaime Lopez–Quinones, Orlando Batista–Ilert, Jose J. Reyes–Quintana, Alexis Rodriguez–Reyes, Jesus Irizarry–Rivera, Alberto Rodriguez–Soler, Guillermo Segarra–Lugo, Miguel A. Gonzalez–Rodriguez, Jorge Aponte–Aponte, Gil A. Rodriguez–Pabon, Jose Guillermo Rodriguez–Pabon, Gabriel Lugo–Maldonado, Jariel Martinez–Rivera, Josue Colon–Melendez, Jose L. Martinez–Rodriguez, Eleuteria Alvarado–Colon, Maria Figueroa–Alvarado, William Alvarado–Colon, Jose Emmanuel Caraballo–Aponte, Alex X. De–Jesus–Carrasquillo. (Bagge, Michael) (Entered: 12/15/2010) |
| 12/16/2010 | 263 | | ORDER noted 262 Informative Motion as to Christian A. Figueroa–Alvarado ET AL. IT IS SO ORDERED. Signed by Judge Daniel R. Dominguez on 12/16/2010. (om) (Entered: 12/16/2010) |
| 01/18/2011 | 295 | | Minute Entry for proceedings held before Judge Daniel R. Dominguez:Status Conference as to Christian A. Figueroa–Alvarado, Oswald Lopez–Ortiz, Luis A. Caquias–Alcazar, Francisco Rodriguez–Soler, Jorge L. Velez–Fontanez, Jose L. Oliveras–Lopez, Jaime Lopez–Quinones, Orlando Batista–Ilert, Jose |

| | | |
|---|---|---|
| | | J. Reyes–Quintana, Alexis Rodriguez–Reyes, Jesus Irizarry–Rivera, Alberto Rodriguez–Soler, Guillermo Segarra–Lugo, Miguel A. Gonzalez–Rodriguez, Jorge Aponte–Aponte, Gil A. Rodriguez–Pabon, Jose Guillermo Rodriguez–Pabon, Josue Colon–Melendez, Jose L. Martinez–Rodriguez, Maria Figueroa–Alvarado, William Alvarado–Colon, Jose Emmanuel Caraballo–Aponte held on 1/18/2011. **Status Conference set for 3/14/2011 05:00 PM in Courtroom 3 before Judge Daniel R. Dominguez.** Hearing set for 04:30.Hearing held at 05:25.Hearing ended at 05:36. (om) (Entered: 01/24/2011) |
| 01/25/2011 | <u>298</u> | INFORMATIVE motion by USA as to Christian A. Figueroa–Alvarado, Oswald Lopez–Ortiz, Luis A. Caquias–Alcazar, Francisco Rodriguez–Soler, Jorge L. Velez–Fontanez, Jose L. Oliveras–Lopez, Hector Vargas–Velez, Jaime Lopez–Quinones, Orlando Batista–Ilert, Jose J. Reyes–Quintana, Alexis Rodriguez–Reyes, Jesus Irizarry–Rivera, Alberto Rodriguez–Soler, Guillermo Segarra–Lugo, Miguel A. Gonzalez–Rodriguez, Jorge Aponte–Aponte, Gil A. Rodriguez–Pabon, Jose Guillermo Rodriguez–Pabon, Gabriel Lugo–Maldonado, Jariel Martinez–Rivera, Josue Colon–Melendez, Jose L. Martinez–Rodriguez, Eleuteria Alvarado–Colon, Maria Figueroa–Alvarado, William Alvarado–Colon, Jose Emmanuel Caraballo–Aponte, Alex X. De–Jesus–Carrasquillo. (Bagge, Michael) (Entered: 01/25/2011) |
| 01/25/2011 | 299 | ORDER noted <u>298</u> Informative Motion as to Christian A. Figueroa–Alvarado (1), Oswald Lopez–Ortiz (2), Luis A. Caquias–Alcazar (3), Francisco Rodriguez–Soler (4), Jorge L. Velez–Fontanez (5), Jose L. Oliveras–Lopez (6), Hector Vargas–Velez (7), Jaime Lopez–Quinones (8), Orlando Batista–Ilert (9), Jose J. Reyes–Quintana (10), Alexis Rodriguez–Reyes (11), Jesus Irizarry–Rivera (12), Alberto Rodriguez–Soler (13), Guillermo Segarra–Lugo (14), Miguel A. Gonzalez–Rodriguez (15), Jorge Aponte–Aponte (16), Gil A. Rodriguez–Pabon (17), Jose Guillermo Rodriguez–Pabon (18), Gabriel Lugo–Maldonado (19), Jariel Martinez–Rivera (20), Josue Colon–Melendez (21), Jose L. Martinez–Rodriguez (22), Eleuteria Alvarado–Colon (23), Maria Figueroa–Alvarado (24), William Alvarado–Colon (25), Jose Emmanuel Caraballo–Aponte (26), Alex X. De–Jesus–Carrasquillo (27).IT IS SO ORDERED. Signed by Judge Daniel R. Dominguez on 1/25/2011. (om) (Entered: 01/25/2011) |
| 02/23/2011 | <u>311</u> | MOTION to Withdraw as Attorney by USA as to Christian A. Figueroa–Alvarado, Oswald Lopez–Ortiz, Luis A. Caquias–Alcazar, Francisco Rodriguez–Soler, Jorge L. Velez–Fontanez, Jose L. Oliveras–Lopez, Hector Vargas–Velez, Jaime Lopez–Quinones, Orlando Batista–Ilert, Jose J. Reyes–Quintana, Alexis Rodriguez–Reyes, Jesus Irizarry–Rivera, Alberto Rodriguez–Soler, Guillermo Segarra–Lugo, Miguel A. Gonzalez–Rodriguez, Jorge Aponte–Aponte, Gil A. Rodriguez–Pabon, Jose Guillermo Rodriguez–Pabon, Gabriel Lugo–Maldonado, Jariel Martinez–Rivera, Josue Colon–Melendez, Jose L. Martinez–Rodriguez, Eleuteria Alvarado–Colon, Maria Figueroa–Alvarado, William Alvarado–Colon, Jose Emmanuel Caraballo–Aponte, Alex X. De–Jesus–Carrasquillo. (Capo–Iriarte, Jose) (Entered: 02/23/2011) |
| 02/23/2011 | 312 | |

| | | |
|---|---|---|
| | | ORDER granting <u>311</u> Motion to Withdraw as Attorney. Jose Capo–Iriarte withdrawn from case. as to Christian A. Figueroa–Alvarado (1), Oswald Lopez–Ortiz (2), Luis A. Caquias–Alcazar (3), Francisco Rodriguez–Soler (4), Jorge L. Velez–Fontanez (5), Jose L. Oliveras–Lopez (6), Hector Vargas–Velez (7), Jaime Lopez–Quinones (8), Orlando Batista–Ilert (9), Jose J. Reyes–Quintana (10), Alexis Rodriguez–Reyes (11), Jesus Irizarry–Rivera (12), Alberto Rodriguez–Soler (13), Guillermo Segarra–Lugo (14), Miguel A. Gonzalez–Rodriguez (15), Jorge Aponte–Aponte (16), Gil A. Rodriguez–Pabon (17), Jose Guillermo Rodriguez–Pabon (18), Gabriel Lugo–Maldonado (19), Jariel Martinez–Rivera (20), Josue Colon–Melendez (21), Jose L. Martinez–Rodriguez (22), Eleuteria Alvarado–Colon (23), Maria Figueroa–Alvarado (24), William Alvarado–Colon (25), Jose Emmanuel Caraballo–Aponte (26), Alex X. De–Jesus–Carrasquillo (27). IT IS SO ORDERED. Signed by Judge Daniel R. Dominguez on 2/23/2011. (om) (Entered: 02/28/2011) |
| 03/11/2011 | 325 | BY ORDER OF THE COURT IN THE CASE OF U.S. V. Christian A. Figueroa–Alvarado, et al as to <u>295</u> Status Conference. **Seventh status conference set for March 14, 2011 at 5:00 p.m. will be held in the Old San Juan Courthouse, Courtroom located at the third floor.** Signed by the Clerk on 3/11/2011.(om) (Entered: 03/11/2011) |
| 03/14/2011 | <u>332</u> | Minute Entry for proceedings held before Judge Daniel R. Dominguez:7th Status Conference as to Christian A. Figueroa–Alvarado, Oswald Lopez–Ortiz, Luis A. Caquias–Alcazar, Francisco Rodriguez–Soler, Jorge L. Velez–Fontanez, Jose L. Oliveras–Lopez, Jaime Lopez–Quinones, Orlando Batista–Ilert, Alexis Rodriguez–Reyes, Jesus Irizarry–Rivera, Alberto Rodriguez–Soler, Guillermo Segarra–Lugo, Miguel A. Gonzalez–Rodriguez, Jorge Aponte–Aponte, Gil A. Rodriguez–Pabon, Jose Guillermo Rodriguez–Pabon, Josue Colon–Melendez, Jose L. Martinez–Rodriguez, Maria Figueroa–Alvarado, William Alvarado–Colon, Jose Emmanuel Caraballo–Aponte held on 3/14/2011. **Motions due by 4/12/2011. Jury Trial set for 5/9/2011 09:30 AM in Old San Juan Courtroom before Judge Daniel R. Dominguez. Pretrial Conference set for 4/13/2011 04:30 PM in Old San Juan Courtroom before Judge Daniel R. Dominguez.** (Court Reporter Yvette Richardson.)Hearing set for 05:00.Hearing held at 05:21.Hearing ended at 05:32. (om) (Entered: 03/18/2011) |
| 04/13/2011 | 354 | ORDER as to Christian A. Figueroa–Alvarado, Oswald Lopez–Ortiz, Luis A. Caquias–Alcazar, Francisco Rodriguez–Soler, Jorge L. Velez–Fontanez, Jose L. Oliveras–Lopez, Hector Vargas–Velez, Jaime Lopez–Quinones, Orlando Batista–Ilert, Alberto Rodriguez–Soler, Guillermo Segarra–Lugo, Miguel A. Gonzalez–Rodriguez, Jorge Aponte–Aponte, Gil A. Rodriguez–Pabon, Jose Guillermo Rodriguez–Pabon, Josue Colon–Melendez, Jose L. Martinez–Rodriguez, Maria Figueroa–Alvarado, William Alvarado–Colon, Jose Emmanuel Caraballo–Aponte: **Final Pretrial Conference set for April 13, 2011 at 4:30 p.m. is reset for April 14, 2011 at 4:00 p.m. Proceedings will be held at the Old San Juan Courthouse, Courtroom No. 4 located at the third floor. Jury trial remains set for May 9, 2011 with the first ten (10) defendants that have not plea guilty.** IT IS SO ORDERED. Signed by Judge Daniel R. Dominguez on 4/13/2011.(om) (Entered: 04/13/2011) |

| 04/14/2011 | 369 | | Minute Entry for proceedings held before Judge Daniel R. Dominguez:Status Conference as to Christian A. Figueroa–Alvarado, Oswald Lopez–Ortiz, Luis A. Caquias–Alcazar, Francisco Rodriguez–Soler, Jorge L. Velez–Fontanez, Jose L. Oliveras–Lopez, Hector Vargas–Velez, Jaime Lopez–Quinones, Orlando Batista–Ilert, Alberto Rodriguez–Soler, Guillermo Segarra–Lugo, Miguel A. Gonzalez–Rodriguez, Jorge Aponte–Aponte, Gil A. Rodriguez–Pabon, Jose Guillermo Rodriguez–Pabon, Josue Colon–Melendez, Jose L. Martinez–Rodriguez, Maria Figueroa–Alvarado, William Alvarado–Colon, Jose Emmanuel Caraballo–Aponte held on 4/14/2011, Terminate Deadlines and Hearings, Set/Reset Deadlines and Hearings **Discovery due by 5/18/2011. Motions due by 5/9/2011. Jury Trial set for 5/23/2011 09:30 AM in Old San Juan Courtroom before Judge Daniel R. Dominguez. Pretrial Conference set for 5/13/2011 04:00 PM in Old San Juan Courtroom before Judge Daniel R. Dominguez.** (Court Reporter Yvette Richardson.)Hearing set for 04:00.Hearing held at 04:21.Hearing ended at 04:49. (om) (Entered: 04/28/2011) |
|---|---|---|---|
| 05/05/2011 | 386 | | MOTION for change of plea *hearing* by Jaime Lopez–Quinones. (Anglada–Lopez, Rafael) (Entered: 05/05/2011) |
| 05/09/2011 | 391 | | ORDER REFERRING MOTION: as to Jaime Lopez–Quinones 386 MOTION for change of plea *hearing* filed by Jaime Lopez–Quinones is referred to US Magistrate Order Camille L. Velez–Rive for hearing and Report and Recommendation. **IT IS SO ORDERED.** Signed by Judge Daniel R. Dominguez on 5/9/2011.(om) (Entered: 05/09/2011) |
| 05/09/2011 | 394 | | MEMORANDUM OF THE CLERK: Pursuant to the REFERRAL ORDER issued by Judge Daniel R. Dominguez on 05/09/11, docket entry 391, the Motion for Change of Plea filed by defendant Jaime Lopez Quinones (#8) is hereby referred to Magistrate Judge Camille Velez Rive. Signed by Clerk on 05/09/11. (li,) (Entered: 05/09/2011) |
| 05/10/2011 | 402 | | ORDER as to Jaime Lopez–Quinones, Set/Reset Hearings as to Jaime Lopez–Quinones: **Change of Plea Hearing set for 5/18/2011 at 09:30 AM in Courtroom 11 before US Magistrate Judge Camille L. Velez–Rive.** Signed by US Magistrate Judge Camille L. Velez–Rive on 5/10/11.(ljt) (Entered: 05/10/2011) |
| 05/12/2011 | 419 | | ORDER as to Jaime Lopez–Quinones: At the request of defense counsel, the **Change of Plea Hearing IS RESET for 5/16/2011 at 01:30 PM in Courtroom 11 before US Magistrate Judge Camille L. Velez–Rive.** Signed by US Magistrate Judge Camille L. Velez–Rive on 5/12/2011.(yr) (Entered: 05/12/2011) |
| 05/13/2011 | 420 | | MOTION under Rule 12(b)(4) by USA (Fernandez–Gonzalez, Myriam) Modified on 5/16/2011 correcting event (np). (Entered: 05/13/2011) |
| 05/13/2011 | 422 | | NOTICE of Intent to Use Expert Witnesses at Trial under Rule 16 by USA (Fernandez–Gonzalez, Myriam) Modified on 5/16/2011 correcting event (np). (Entered: 05/13/2011) |
| 05/16/2011 | 430 | | ORDER noted 420 Motion under Rule 12 as to Christian A. Figueroa–Alvarado (1), Oswald Lopez–Ortiz (2), Luis A. Caquias–Alcazar (3), Francisco Rodriguez–Soler (4), Jorge L. Velez–Fontanez (5), Jose L. Oliveras–Lopez (6), Hector Vargas–Velez (7), Jaime Lopez–Quinones (8), |

| | | |
|---|---|---|
| | | Orlando Batista–Ilert (9), Jose J. Reyes–Quintana (10), Alexis Rodriguez–Reyes (11), Jesus Irizarry–Rivera (12), Alberto Rodriguez–Soler (13), Guillermo Segarra–Lugo (14), Miguel A. Gonzalez–Rodriguez (15), Jorge Aponte–Aponte (16), Jose Guillermo Rodriguez–Pabon (18), Gabriel Lugo–Maldonado (19), Josue Colon–Melendez (21), Jose L. Martinez–Rodriguez (22), Eleuteria Alvarado–Colon (23), Maria Figueroa–Alvarado (24), William Alvarado–Colon (25), Jose Emmanuel Caraballo–Aponte (26), Alex X. De–Jesus–Carrasquillo (27)Signed by Judge Daniel R. Dominguez on 5/16/11. (nild) (Entered: 05/16/2011) |
| 05/16/2011 | 431 | ORDER noted 422 Motion under Rule 16 as to Christian A. Figueroa–Alvarado (1), Oswald Lopez–Ortiz (2), Luis A. Caquias–Alcazar (3), Francisco Rodriguez–Soler (4), Jorge L. Velez–Fontanez (5), Jose L. Oliveras–Lopez (6), Jaime Lopez–Quinones (8), Orlando Batista–Ilert (9), Alexis Rodriguez–Reyes (11), Jesus Irizarry–Rivera (12), Alberto Rodriguez–Soler (13), Miguel A. Gonzalez–Rodriguez (15), Jorge Aponte–Aponte (16), Gil A. Rodriguez–Pabon (17), Jose Guillermo Rodriguez–Pabon (18), Jariel Martinez–Rivera (20), Josue Colon–Melendez (21), Jose L. Martinez–Rodriguez (22), Eleuteria Alvarado–Colon (23), Maria Figueroa–Alvarado (24), Jose Emmanuel Caraballo–Aponte (26), Alex X. De–Jesus–Carrasquillo (27)Signed by Judge Daniel R. Dominguez on 5/16/11. (nild) (Entered: 05/16/2011) |
| 05/16/2011 | 432 | ORDER noted 422 Motion under Rule 16 as to Hector Vargas–Velez (7), Jose J. Reyes–Quintana (10), Guillermo Segarra–Lugo (14), Gabriel Lugo–Maldonado (19), William Alvarado–Colon (25); noted 420 Motion under Rule 12 as to Gil A. Rodriguez–Pabon (17), Jariel Martinez–Rivera (20)Signed by Judge Daniel R. Dominguez on 5/16/11. (nild) (Entered: 05/16/2011) |
| 05/16/2011 | 433 | WAIVER of Right to Trial by Jury and Consent to proceed before USMJ by Jaime Lopez–Quinones. (yr) (Entered: 05/17/2011) |
| 05/16/2011 | 434 | PLEA AGREEMENT as to Jaime Lopez–Quinones. (yr) (Entered: 05/17/2011) |
| 05/16/2011 | 435 | ***SELECTED PARTIES***PLEA SUPPLEMENT as to Jaime Lopez–Quinones. (yr) (Entered: 05/17/2011) |
| 05/16/2011 | 436 | Minute Entry for proceedings held before US Magistrate Judge Camille L. Velez–Rive:Change of Plea Hearing as to Jaime Lopez–Quinones held on 5/16/2011. **Sentencing Hearing set for 9/2/2011 at 09:30 AM in Old San Juan Courtroom before Judge Daniel R. Dominguez.** (Court Reporter –FTR.)Hearing set for 01:30.Hearing held at 02:56.Hearing ended at 03:18.Interpreter Mary Jo Smith. (yr) (Entered: 05/17/2011) |
| 05/17/2011 | 437 | REPORT AND RECOMMENDATIONS on Plea of Guilty as to Jaime Lopez–Quinones. **Objections to R&R due by 6/3/2011.** Signed by US Magistrate Judge Camille L. Velez–Rive on 5/17/11.(ljt) (Entered: 05/17/2011) |
| 06/01/2011 | 540 | ORDER ADOPTING REPORT AND RECOMMENDATION as to Jaime Lopez–Quinones for 437 Report and Recommendations on Guilty Plea. Signed by Judge Daniel R. Dominguez on 6/1/2011.(om) (Entered: 06/01/2011) |

| 07/21/2011 | <u>593</u> | | MOTION under Rule 12 *Amended* by USA Francisco Rodriguez–Soler . (Bagge, Michael) Modified on 7/22/2011 avoiding repetition (np). (Entered: 07/21/2011) |
|---|---|---|---|
| 08/25/2011 | <u>668</u> | | ***SELECTED PARTIES*** NOTICE of Disclosure of PSR Pursuant to Local Rule 132, the U.S. Probation Officer makes disclosure of the presentence report for the defendant of record. According to said rule, any inaccuracies or discrepancies should be reported to the Probation Officer within 14 days from disclosure of the document. Since the presentence report is a Court Document, its contents must not be recorded or otherwise disseminated to third parties in any manner. By USPO E. Cofresi as to 8) Jaime Lopez–Quinones. (Entered: 08/25/2011) |
| 08/28/2011 | <u>672</u> | | SENTENCING MEMORANDUM by Jaime Lopez–Quinones (Anglada–Lopez, Rafael) (Entered: 08/28/2011) |
| 08/30/2011 | 677 | | ORDER as to Jaime Lopez–Quinones (8): **Sentencing Hearing set for September 2, 2011 at 9:30 a.m. is reset September 12, 2011 at 4:30 p.m. in Old San Juan Courtroom before Judge Daniel R. Dominguez.** Signed by Judge Daniel R. Dominguez on 8/30/2011.(om) (Entered: 08/30/2011) |
| 09/08/2011 | <u>687</u> | | ***SELECTED PARTIES*** NOTICE of Disclosure of Amended PSR Pursuant to Local Rule 132, the U.S. Probation Officer makes disclosure of the amended presentence report for the defendant of record. Since the presentence report is a Court Document, its contents must not be recorded or otherwise disseminated to third parties in any manner. USPO E. Cofresi as to Jaime Lopez–Quinones. (Entered: 09/08/2011) |
| 09/08/2011 | <u>688</u> | | ***SELECTED PARTIES*** NOTICE of Filing of Addendum to the PSR. The addendum to the presentence investigation report has been filed in compliance with Rule 32 of the Federal Rules of Criminal Procedure. By USPO E. Cofresi as to Jaime Lopez–Quinones. (Entered: 09/08/2011) |
| 09/09/2011 | 689 | | ORDER as to Jaime Lopez–Quinones (8): **Sentencing Hearing set for September 12, 2011 at 4:30 is reset for September 19, 2011 at 9:30 a.m in Old San Juan Courtroom before Judge Daniel R. Dominguez.** Signed by Judge Daniel R. Dominguez on 9/20/2011.(om) (Entered: 09/09/2011) |
| 09/12/2011 | <u>690</u> | | TRANSMITTAL MEMO OF THE PRESENTENCE INVESTIGATION REPORT as to Jaime Lopez–Quinones (U.S. Probation Office Staff, Sonia Rodriguez) (Entered: 09/12/2011) |
| 09/19/2011 | <u>707</u> | | Minute Entry for proceedings held before Judge Daniel R. Dominguez:Sentencing held on 9/19/2011 for Jaime Lopez–Quinones (8), Counts 1, and 3. Impr of 60 months as to counts 1 and 3 to be served consecutively with each other for a total term of imprisonment of 120 months. SRT of 8 years as to ct 1, and 5 years as to count 3 to be served concurrently with each other. SMA OF $200.00.; Count 2, Dismissed. Jaime Lopez–Quinones terminated. (Court Reporter Yvette Richardson.)Hearing set for 09:30.Hearing held at 11:28.Hearing ended at 12:01.Interpreter Marie Hernandez. (om) (su). (Entered: 09/19/2011) |
| 09/19/2011 | <u>708</u> | 24 | JUDGMENT as to Jaime Lopez–Quinones (8), Counts 1, 3, Impr of 60 months as to each counts 1 and 3 to be served consecutively with each other for a total term of imprisonment of 120 months. SRT of 8 years as to ct 1, |

| | | | |
|---|---|---|---|
| | | | and 5 years as to count 3 to be served concurrently with each other. SMA OF $200.00. Count 2, Dismissed. Signed by Judge Daniel R. Dominguez on 9/19/2011.(om) (Entered: 09/19/2011) |
| 09/23/2011 | 714 | | INFORMATIVE Motion regarding outside of the jurisdiction from October 17, 2011 to October 21, 2011 by USA as to Christian A. Figueroa–Alvarado, Oswald Lopez–Ortiz, Luis A. Caquias–Alcazar, Francisco Rodriguez–Soler, Jorge L. Velez–Fontanez, Jose L. Oliveras–Lopez, Hector Vargas–Velez, Jaime Lopez–Quinones, Orlando Batista–Ilert, Jose J. Reyes–Quintana, Alexis Rodriguez–Reyes, Jesus Irizarry–Rivera, Alberto Rodriguez–Soler, Guillermo Segarra–Lugo, Miguel A. Gonzalez–Rodriguez, Jorge Aponte–Aponte, Gil A. Rodriguez–Pabon, Jose Guillermo Rodriguez–Pabon, Gabriel Lugo–Maldonado, Jariel Martinez–Rivera, Josue Colon–Melendez, Jose L. Martinez–Rodriguez, Eleuteria Alvarado–Colon, Maria Figueroa–Alvarado, William Alvarado–Colon, Jose Emmanuel Aponte–Caraballo, Alex X. De–Jesus–Carrasquillo. (Bagge, Michael) (Entered: 09/23/2011) |
| 09/27/2011 | 715 | | ORDER noted 714 Informative Motion as to Christian A. Figueroa–Alvarado (1), Oswald Lopez–Ortiz (2), Luis A. Caquias–Alcazar (3), Francisco Rodriguez–Soler (4), Jorge L. Velez–Fontanez (5), Jose L. Oliveras–Lopez (6), Hector Vargas–Velez (7), Jaime Lopez–Quinones (8), Orlando Batista–Ilert (9), Jose J. Reyes–Quintana (10), Alexis Rodriguez–Reyes (11), Jesus Irizarry–Rivera (12), Alberto Rodriguez–Soler (13), Miguel A. Gonzalez–Rodriguez (15), Jorge Aponte–Aponte (16), Gil A. Rodriguez–Pabon (17), Jose Guillermo Rodriguez–Pabon (18), Gabriel Lugo–Maldonado (19), Jariel Martinez–Rivera (20), Josue Colon–Melendez (21), Jose L. Martinez–Rodriguez (22), Eleuteria Alvarado–Colon (23), Maria Figueroa–Alvarado (24), William Alvarado–Colon (25), Jose Emmanuel Aponte–Caraballo (26), Alex X. De–Jesus–Carrasquillo (27). IT IS SO ORDERED. Signed by Judge Daniel R. Dominguez on 9/27/2011. (om) (Entered: 09/27/2011) |
| 10/31/2011 | 763 | | ***SELECTED PARTIES*** INFORMATIVE Motion by USA, Alexis Rodriguez–Reyes . (Bagge, Michael) (Entered: 10/31/2011) |
| 10/31/2011 | 764 | | ***SELECTED PARTIES*** INFORMATIVE Motion by USA, Gabriel Lugo–Maldonado . (Bagge, Michael) (Entered: 10/31/2011) |
| 05/10/2014 | 1010 | | MOTION to Instruct Clerk's Office Not to Communicate Docket Entries to Undersigned Counsel by Jaime Lopez–Quinones (8). Suggestions in opposition/response due by 5/27/2014 (Anglada–Lopez, Rafael) (Entered: 05/10/2014) |
| 05/12/2014 | 1011 | | ORDER granting 1010 Motion as to Jaime Lopez–Quinones (8).Signed by Judge Daniel R. Dominguez on 5/12/2014. (amr) (Entered: 05/12/2014) |
| 12/26/2018 | 1257 | | MOTION to Withdraw as Attorney by Jonathan Gottfried. by USA as to Christian A. Figueroa–Alvarado, Oswald Lopez–Ortiz, Luis A. Caquias–Alcazar, Francisco Rodriguez–Soler, Jorge L. Velez–Fontanez, Jose L. Oliveras–Lopez, Hector Vargas–Velez, Jaime Lopez–Quinones, Orlando Batista–Ilert, Jose J. Reyes–Quintana, Alexis Rodriguez–Reyes, Jesus Irizarry–Rivera, Alberto Rodriguez–Soler, Guillermo Segarra–Lugo, Miguel A. Gonzalez–Rodriguez, Jorge Aponte–Aponte, Gil A. |

| | | | |
|---|---|---|---|
| | | | Rodriguez−Pabon, Jose Guillermo Rodriguez−Pabon, Gabriel Lugo−Maldonado, Jariel Martinez−Rivera, Josue Colon−Melendez, Jose L. Martinez−Rodriguez, Eleuteria Alvarado−Colon, Maria Figueroa−Alvarado, William Alvarado−Colon, Jose Emmanuel Aponte−Caraballo, Alex X. De−Jesus−Carrasquillo. Responses due by 1/9/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Gottfried, Jonathan) (Entered: 12/26/2018) |
| 12/27/2018 | 1258 | | ORDER granting 1257 Motion to Withdraw as Attorney. Jonathan L. Gottfried withdrawn from case. as to Christian A. Figueroa−Alvarado (1), Oswald Lopez−Ortiz (2), Luis A. Caquias−Alcazar (3), Francisco Rodriguez−Soler (4), Jorge L. Velez−Fontanez (5), Jose L. Oliveras−Lopez (6), Hector Vargas−Velez (7), Jaime Lopez−Quinones (8), Orlando Batista−Ilert (9), Jose J. Reyes−Quintana (10), Alexis Rodriguez−Reyes (11), Jesus Irizarry−Rivera (12), Alberto Rodriguez−Soler (13), Guillermo Segarra−Lugo (14), Miguel A. Gonzalez−Rodriguez (15), Jorge Aponte−Aponte (16), Gil A. Rodriguez−Pabon (17), Jose Guillermo Rodriguez−Pabon (18), Gabriel Lugo−Maldonado (19), Jariel Martinez−Rivera (20), Josue Colon−Melendez (21), Jose L. Martinez−Rodriguez (22), Eleuteria Alvarado−Colon (23), Maria Figueroa−Alvarado (24), William Alvarado−Colon (25), Jose Emmanuel Aponte−Caraballo (26), Alex X. De−Jesus−Carrasquillo (27). Signed by Judge Daniel R. Dominguez on 12/27/2018. (amr) (Entered: 12/27/2018) |
| 08/01/2019 | 1269 | 29 | Supervised Release Transferred to District of Massachusetts as to Jaime Lopez−Quinones (8) Transmitted Transfer of Jurisdiction form, with copies of indictment, judgment and docket sheet. (gav) (Entered: 08/01/2019) |

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2010 MAY -4  PM 4: 06

# IN THE UNITED STATES OF AMERICA
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**[1] CHRISTIAN A. FIGUEROA ALVARADO a.k.a. Taton,**<br>Counts ONE, TWO and THREE<br>**[2] OSWALD LOPEZ ORTIZ a.k.a. Oswald,**<br>Counts ONE, TWO and THREE<br>**[3] LUIS A. CAQUIAS ALCAZAR a.k.a. Bebe Sordo a.k.a. Bebe Canela,**<br>Counts ONE, TWO and THREE<br>**[4] FRANCISCO RODRIGUEZ SOLER a.k.a. Frankie,**<br>Counts ONE, TWO and THREE<br>**[5] JORGE L. VELEZ FONTANEZ a.k.a Chagui,**<br>Counts ONE, TWO and THREE<br>**[6] JOSE L. OLIVERAS LOPEZ a.k.a. Gandul,**<br>Counts ONE, TWO and THREE<br>**[7] HECTOR VARGAS VELEZ a.k.a. Bubu,**<br>Counts ONE, TWO and THREE<br>**[8] JAIME LOPEZ QUINONEZ a.k.a. Gordo,**<br>Counts ONE, TWO and THREE<br>**[9] ORLANDO BATISTA ILERT a.k.a. Negro,**<br>Counts ONE, TWO and THREE<br>**[10] JOSE J. REYES QUINTANA a.k.a. Sapo,**<br>Counts ONE, TWO and THREE<br>**[11] ALEXIS RODRIGUEZ REYES a.k.a. Negro Humacao,**<br>Counts ONE, TWO and THREE<br>**[12] JESUS IRIZARRY RIVERA a.k.a. Jesus,**<br>Counts ONE, TWO and THREE<br>**[13] ALBERTO RODRIGUEZ SOLER a.k.a. Bebo,**<br>Counts ONE, TWO and THREE<br>**[14] GUILLERMO SEGARRA LUGO a.k.a. Salchicha,**<br>Counts ONE, TWO and THREE<br>**[15] MIGUEL A. GONZALEZ RODRIGUEZ** | **INDICTMENT**<br><br>**CRIMINAL NO.** 10- *164* (△●D )<br><br>**Violations:**<br><br>(COUNT ONE) - Conspiracy<br>Title 21, <u>United States Code</u>, Sections 841(a)(1), 846, and 860<br><br>(COUNT TWO) - Firearms<br>Title 18, <u>United States Code,</u> Section 924(o)<br><br>(COUNT THREE) - Firearms<br>Title 18, <u>United States Code</u>, Sections 924(c) and 2<br><br>(FORFEITURE ALLEGATION)<br>Title 21, <u>U.S.C.</u>, Sections 853 & 881; and Title 18 <u>U.S.C.</u> Section 982.<br><br>(THREE COUNTS) |

Page 1 of 9

**a.k.a. Guelin,**
Counts ONE, TWO and THREE
**[16]  JORGE APONTE APONTE a.k.a. Viejo Cano a.k.a. Cano**,
Counts ONE, TWO and THREE
**[17]  GILL A. RODRIGUEZ PABON a.k.a. Pichi,**
Counts ONE, TWO and THREE
**[18]  JOSE GUILLERMO RODRIGUEZ PABON a.k.a. Cheo Venton**,
Counts ONE, TWO and THREE
**[19] GABRIEL LUGO MALDONADO,**
Counts ONE and TWO
**[20]  JARIEL MARTINEZ RIVERA a.k.a. Chamo,**
Counts ONE and TWO
**[21]  JOSUE COLON MELENDEZ a.k.a. Ratatouillie a.k.a. Rata**
Counts ONE and TWO
**[22] JOSE L. MARTINEZ RODRIGUEZ a.k.a. Cheo Moco,**
Counts ONE and TWO
**[23] ELEUTERIA ALVARADO COLON a.k.a. Teya,**
Counts ONE and TWO
**[24] MARIA FIGUEROA ALVARADO a.k.a. Coraly a.k.a. Coral,**
Counts ONE and TWO
**[25]  WILLIAM ALVARADO COLON a.k.a. Willie Cohete,**
Counts ONE and TWO
**[26]  JOSE EMMANUEL CARABALLO APONTE a.k.a. Hongo,**
Counts ONE and TWO
**[27]  ALEX X. DE JESUS CARRASQUILLO,**
Counts ONE and TWO

        Defendants.

THE GRAND JURY CHARGES:

## COUNT ONE
### (Conspiracy to Possess with Intent to Distribute and/or to Distribute Controlled Substances)

Beginning on a date unknown, but no later than in or about the year 2007, and continuing up to and until the return of the instant Indictment, in the District of Puerto Rico, specifically in the Municipality of Ponce and elsewhere within the jurisdiction of this Court,

[1] **CHRISTIAN A. FIGUEROA ALVARADO, a.k.a. Taton,**

[2] **OSWALD LOPEZ ORTIZ, a.k.a. Oswald,**

[3] **LUIS A. CAQUIAS ALCAZAR, a.k.a. Bebe Sordo, a.k.a. Bebe Canela,**

[4] **FRANCISCO RODRIGUEZ SOLER, a.k.a. Frankie,**

[5] **JORGE L. VELEZ FONTANEZ, a.k.a Chagui,**

[6] **JOSE L. OLIVERAS LOPEZ, a.k.a. Gandul,**

[7] **HECTOR VARGAS VELEZ, a.k.a. Bubu,**

[8] **JAIME LOPEZ QUINONES, a.k.a. Gordo ,**

[9] **ORLANDO BATISTA ILERT, a.k.a. Negro,**

[10] **JOSE J. REYES QUINTANA, a.k.a. Sapo,**

[11] **ALEXIS RODRIGUEZ REYES, a.k.a. Negro Humacao,**

[12] **JESUS IRIZARRY RIVERA, a.k.a. Jesus,**

[13] **ALBERTO RODRIGUEZ SOLER, a.k.a. Bebo,**

[14] **GUILLERMO SEGARRA LUGO, a.k.a. Salchicha,**

[15] **MIGUEL A. GONZALEZ RODRIGUEZ, a.k.a. Guelin,**

[16] **JORGE APONTE APONTE, a.k.a. Viejo Cano, a.k.a. Cano,**

[17] **GILL A. RODRIGUEZ PABON, a.k.a. Pichi,**

[18] **JOSE GUILLERMO RODRIGUEZ PABON, a.k.a. Cheo Venton,**

[19] **GABRIEL LUGO MALDONADO,**

[20] **JARIEL MARTINEZ RIVERA a.k.a. Chamo,**

[21] **JOSUE COLON MELENDEZ a.k.a. Ratatouillie a.k.a. Rata**

[22] **JOSE L. MARTINEZ RODRIGUEZ a.k.a. Cheo Moco,**

[23] **ELEUTERIA ALVARADO COLON a.k.a. Teya,**

[24] **MARIA FIGUEROA ALVARADO a.k.a. Coraly a.k.a. Coral,**

**[25] WILLIAM ALVARADO COLON a.k.a. Willie Cohete,**
**[26] JOSE EMMANUEL CARABALLO APONTE a.k.a. Hongo,**
**[27] ALEX X. DE JESUS CARRASQUILLO,**

the defendants herein, did knowingly and intentionally, combine, conspire, and agree with each other

and with diverse other persons known and unknown to the Grand Jury, to commit an offense against

the United States, that is, to knowingly and intentionally possess with intent to distribute and/or to

distribute controlled substances, to wit: in excess of one (1) kilogram of heroin, a Schedule I,

Narcotic Drug Controlled Substance; and/or in excess of fifty (50) grams of cocaine base ("crack"),

a Schedule II Narcotic Drug Controlled Substance; and/or in excess of five (5) kilograms of cocaine,

a Schedule II, Narcotic Drug Controlled Substance; and/or in excess of one hundred (100) kilograms

of marihuana, a Schedule I, Controlled Substance; within one thousand (1,000) feet of the real

property comprising a public or private school and/or the Perla del Caribe Public Housing Project,

a housing facility owned by a public housing authority, as prohibited by Title 21, United States Code,

Sections 841(a)(1) and 860. All in violation of Title 21, United States Code, Section 846.

## I. OBJECT OF THE CONSPIRACY

The object of the conspiracy was to distribute controlled substances at the Perla del Caribe

Public Housing Project ("PHP") also known as Los Claveles, located within the Municipality of

Ponce, all for significant financial gain and profit.

## II. MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and co-conspirators would accomplish and

further the object of the conspiracy, among others, included the following:

[1] It was part of the manner and means of the conspiracy that the defendants and their

Page 4 of 9

co-conspirators would undertake different activities and/or tasks required to administer the daily activities of the aforementioned drug distribution point.

[2] It was further part of the manner and means of the conspiracy that the defendants and their co-conspirators would procure wholesale quantities of heroin, cocaine, cocaine base (otherwise known as 'crack') and marihuana.

[3] It was further part of the manner and means of the conspiracy that the defendants and their co-conspirators would distribute heroin, cocaine, cocaine base (otherwise known as 'crack') and marihuana in street quantity amounts at the drug distribution point in the Perla del Caribe PHP a.k.a. Los Claveles in the Municipality of Ponce.

[4] It was further part of the manner and means of the conspiracy that the defendants and their co-conspirators would divide among themselves the proceeds of the drug trafficking sales.

[5] It was further part of the manner and means of the conspiracy that some of the co-conspirators would use apartments within the Perla del Caribe (Los Claveles) Public Housing Project, in order to package, process and/or conceal the heroin, cocaine base ("crack"), cocaine, and marijuana, as well as the equipment and the materials used to process and package the controlled substances (drug paraphernalia).

[6] It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would routinely possess, carry, brandish and use firearms to protect themselves and their drug trafficking organization.

[7] It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would use apartments within the Perla del Caribe (Los Claveles) Public

Housing Project, in order to conceal firearms possessed and used by their drug trafficking organization.

[8] It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would use violence, force and intimidation against members of their own drug trafficking organization, residents of the Perla del Caribe PHP also known as Los Claveles, and/or rivals in order to maintain control of the drug trafficking operations.

[9] It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would discharge firearms and/or shoot at vehicles traveling and/or parked on PR-Highway 10, located adjacent to the Perla del Caribe Public Housing Project, when they assumed were being driven by rival drug traffickers and/or law enforcement agents conducting surveillance upon them.

## COUNT TWO
**(Conspiracy to Possess Firearms During and in Relation to Drug Trafficking Crimes)**

Beginning on a date unknown, but no later than in or about the year 2007, and continuing up to and until the return of the instant Indictment, in the District of Puerto Rico, specifically in the Municipality of Ponce and elsewhere within the jurisdiction of this Court,

[1] **CHRISTIAN A. FIGUEROA ALVARADO, a.k.a. Taton,**
[2] **OSWALD LOPEZ ORTIZ, a.k.a. Oswald,**
[3] **LUIS A. CAQUIAS ALCAZAR, a.k.a. Bebe Sordo, a.k.a. Bebe Canela,**
[4] **FRANCISCO RODRIGUEZ SOLER, a.k.a. Frankie,**
[5] **JORGE L. VELEZ FONTANEZ, a.k.a Chagui,**
[6] **JOSE L. OLIVERAS LOPEZ, a.k.a. Gandul,**
[7] **HECTOR VARGAS VELEZ, a.k.a. Bubu,**
[8] **JAIME LOPEZ QUINONES, a.k.a. Gordo ,**
[9] **ORLANDO BATISTA ILERT, a.k.a. Negro,**

Page 6 of 9

20

[10]  **JOSE J. REYES QUINTANA, a.k.a. Sapo,**
[11]  **ALEXIS RODRIGUEZ REYES, a.k.a. Negro Humacao,**
[12]  **JESUS IRIZARRY RIVERA, a.k.a. Jesus,**
[13]  **ALBERTO RODRIGUEZ SOLER, a.k.a. Bebo,**
[14]  **GUILLERMO SEGARRA LUGO, a.k.a. Salchicha,**
[15]  **MIGUEL A. GONZALEZ RODRIGUEZ, a.k.a. Guelin,**
[16]  **JORGE APONTE APONTE, a.k.a. Viejo Cano, a.k.a. Cano,**
[17]  **GILL A. RODRIGUEZ PABON, a.k.a. Pichi,**
[18]  **JOSE GUILLERMO RODRIGUEZ PABON, a.k.a. Cheo Venton,**

the defendants herein, did knowingly and intentionally, combine, conspire, and agree with each other

and with diverse other persons known and unknown to the Grand Jury, to commit an offense against

the United States, that is, to knowingly and intentionally possess firearms during and in relation to

a drug trafficking crime as charged in Count One of the instant Indictment, as prohibited by Title 18,

United States Code, Section 924(c)(1)(A).  All in violation of Title 18, United States Code, Section

924(o).

## COUNT THREE
### (Possession of Firearms in Furtherance of a Drug Trafficking Crime)

Beginning on a date unknown, but no later than in or about the year 2007, and continuing up

to and until the return of the instant Indictment, in the District of Puerto Rico, specifically in the

Municipality of Ponce and elsewhere within the jurisdiction of this Court,

[1]  **CHRISTIAN A. FIGUEROA ALVARADO, a.k.a. Taton,**
[2]  **OSWALD LOPEZ ORTIZ, a.k.a. Oswald,**
[3]  **LUIS A. CAQUIAS ALCAZAR, a.k.a. Bebe Sordo, a.k.a. Bebe Canela,**
[4]  **FRANCISCO RODRIGUEZ SOLER, a.k.a. Frankie,**
[5]  **JORGE L. VELEZ FONTANEZ, a.k.a Chagui,**
[6]  **JOSE L. OLIVERAS LOPEZ, a.k.a. Gandul,**
[7]  **HECTOR VARGAS VELEZ, a.k.a. Bubu,**
[8]  **JAIME LOPEZ QUINONES, a.k.a. Gordo ,**
[9]  **ORLANDO BATISTA ILERT, a.k.a. Negro,**
[10]  **JOSE J. REYES QUINTANA, a.k.a. Sapo,**

Page 7 of 9

**[11] ALEXIS RODRIGUEZ REYES, a.k.a. Negro Humacao,**
**[12] JESUS IRIZARRY RIVERA, a.k.a. Jesus,**
**[13] ALBERTO RODRIGUEZ SOLER, a.k.a. Bebo,**
**[14] GUILLERMO SEGARRA LUGO, a.k.a. Salchicha,**
**[15] MIGUEL A. GONZALEZ RODRIGUEZ, a.k.a. Guelin,**
**[16] JORGE APONTE APONTE, a.k.a. Viejo Cano, a.k.a. Cano,**
**[17] GILL A. RODRIGUEZ PABON, a.k.a. Pichi,**
**[18] JOSE GUILLERMO RODRIGUEZ PABON, a.k.a. Cheo Venton,**

the defendants herein and diverse other persons known and unknown to the Grand Jury, aiding and abetting each other, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, conspiracy to possess with intent to distribute and/or to distribute heroin, cocaine base, cocaine, and marihuana, in violation of Title 21, United States Code, Sections 841(a)(1), 860, and 846 (as charged in Count One of the instant Indictment), did carry and use firearms, as that term is defined in Title 18, United States Code, Section 921(a)(3). All in violation of Title 18, United States Code, Section 924(c)(1)(A) and 2..

## FORFEITURE ALLEGATION

1. Upon conviction of one or more of the offenses alleged in Count One (1) of this Indictment, pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982(a)(1), each defendant who is convicted of one or more of the offenses set forth in said counts, shall forfeit to the United States the following property:

a. All right, title, and interest in any and all property involved in each offense in violation of Title 21, United States Code, Section 846, for which the defendants are convicted, and all property traceable to such property, including the following: 1) all commissions, fees and other property constituting proceeds obtained as a result of those violations; and 2) all property used in any

manner or part to commit or to facilitate the commission of those violations.

b.  A sum of money equal to the total amount of money involved in each offense, or conspiracy to commit such offense, for which the defendant is convicted, to wit: one million dollars ($1,000,000.00) in U.S. Currency.  If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable for the amount involved in such offense.

2.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), each defendant shall forfeit substitute property, up to the value of the amount described in paragraph one (1)(b), if, by any act or omission of the defendant, the property described in paragraph one (1), or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All in accordance with Title 18, United States Code, Section 982(a)(1) and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

TRUE BILL

ROSA EMILIA RODRIGUEZ-VÉLEZ
United States Attorney

José Ruiz-Santiago
Assistant United States Attorney
Chief, Criminal Division

Warren Vázquez
Assistant United States Attorney
Unit Chief, Violent Crimes

Date: 5/4/10

José Capó-Iriarte
Assistant United States Attorney

Myriam Y. Fernández-González
Assistant United States Attorney

Page 9 of 9

# UNITED STATES DISTRICT COURT

## JUDICIAL DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>**Jaime LOPEZ-QUIÑONES** | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:     3:10-CR-164-008 (DRD)<br><br>USM Number:     35270-069<br><br>Rafael Anglada-Lopez, Esq.<br>Defendant's Attorney |

## THE DEFENDANT:

X pleaded guilty to count(s)    One (1), and Three (3)

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 846, 841(a)(1)(B), and 860 | Conspiracy to posses with the intent to distribute at least 500 grams but less than 2 kilograms of cocaine within 1,000 feet of a protected location. | May 4, 2010 | One (1) |
| 18 U.S.C. § 924(c)(1)(A)(i) | Carrying a firearm during and in relation to a drug trafficking crime. | May 4, 2010 | Three (3) |

The defendant is sentenced as provided in pages 2 through ____4____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

X Count(s)    Two (2)                    X is    are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 19, 2011
Date of Imposition of Judgment

S/ Daniel R. DOMÍNGUEZ
Signature of Judge

Daniel R. DOMÍNGUEZ, U.S. District Judge
Name and Title of Judge

September 19, 2011
Date

| | | Judgment — Page | 2 | of | 4 |

**DEFENDANT:**    **Jaime LOPEZ-QUIÑONES**
**CASE NUMBER:**    3:10-CR-164-008 (DRD)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a

total term of:    Sixty (60) months as to count one (1), and Sixty (60) months as to count Three (3) to be served consecutively to each other, for a total term of imprisonment of One Hundred and Twenty (120) months.

**X**    **The court makes the following recommendations to the Bureau of Prisons:**
    **It is recommended that this defendant be allowed to participate in the Federal Prisons Industries, Inc., (UNICOR correctional program), and be designated to FCI Otisville, NY, FCI Ray Brook, NY, or in Springfield, MA. It is further recommended that this defendant be afforded while incarcerated the maximum drug treatment (500 hours), English courses, and vocational training.**

**X**    **The defendant is remanded to the custody of the United States Marshal.**

☐    **The defendant shall surrender to the United States Marshal for this district:**

    ☐  **at**  _____        _____

    ☐  **as notified by the United States Marshal.**

☐    **The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:**

    ☐  **before 2 p.m. on**  _____

    ☐  **as notified by the United States Marshal.**

    ☐  **as notified by the Probation or Pretrial Services Office.**

# RETURN

I have executed this judgment as follows:

**Defendant delivered on**  _____      _____

a _____

_____

**By** _____

**DEFENDANT:**      **Jaime LOPEZ-QUIÑONES**
**CASE NUMBER:**    3:10-CR-164-008 (DRD)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :      Eight (8) years as to Count One (1), and Five (5) years as to Count Three (3) to be served concurrently with each other. Under the following terms and conditions.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall refrain from the unlawful use of controlled substances and submit to a drug test within fifteen (15) days of release; thereafter, submit to random drug testing, no less than three (3) samples during the supervision period and not to exceed 104 samples per year accordance with the Drug Aftercare Program Policy of the U.S. Probation Office approved by this Court. If any such samples detect substance abuse, the defendant shall participate in an in-patient or out-patient substance abuse treatment program for evaluation and/or treatment, as arranged by the U.S. Probation Officer until duly discharged. The defendant is required to contribute to the cost of services rendered (co-payment) in an amount arranged by the U.S. Probation Officer based on the ability to pay or availability of third party payment.

    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  *(Check, if applicable.)*

**X**   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  *(Check, if*

**X**   The defendant shall cooperate in the collection of DNA as directed by the probation officer.  *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.  *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence.  *(Check, if applicable.)*

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 4:16-cr-40027-TSH   Document 47   Filed 08/02/19   Page 27 of 29
Case 3:10-cr-00164-DRD   Document 2708   Filed 08/01/19   Page 27 of 29

| | | | | |
|---|---|---|---|---|
| | | Judgment—Page | 3a | of | 4 |

**DEFENDANT:** Jaime LOPEZ-QUIÑONES
**CASE NUMBER:** 3:10-CR-164-008 (DRD)

## ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant shall submit his person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1), other electronic communications or date storage devices or media, or office to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation. The defendant shall warn any occupants that the premises may be subject to searches pursuant to this condition.

2. The defendant shall assist in the collection of a DNA sample as directed by the U.S. Probation Officer, pursuant to the Revised DNA Collection Requirements, and Title 18, U.S. Code § 3563 (a)(9).

3. The defendant shall provide the U.S. Probation Officer access to any financial information upon request.

4. The defendant shall participate in a vocational training and/or job placement program recommended by the U.S. Probation Officer.

AO 245B     (Rev. 09/08) Judgment in a Criminal Case
             Sheet 5 — Criminal Monetary Penalties

Case 3:10-cr-00027-TSH  Document 1707  Filed 09/02/19  Page 28 of 29
Case 3:10-cr-00164-DRD  Document 2708  Filed 08/30/19  Page 23 of 29

Judgment — Page ___4___ of ___4___

**DEFENDANT:**            **Jaime LOPEZ-QUIÑONES**
**CASE NUMBER:**          **3:10-CR-164-008 (DRD)**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $  200.00 | $  Not imposed | $  Not Imposed |

**Assessment to be paid while incarcerated.**

☐   The determination of restitution is deferred _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

     If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
|  |  |  |  |

| **TOTALS** | $ _____ | $ _____ |  |
|---|---|---|---|

☐   Restitution amount ordered pursuant to plea agreement  $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

     ☐   the interest requirement is waived for      ☐   fine   ☐   restitution.

     ☐   the interest requirement for      ☐   fine   ☐   restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

28

| PROB. 22<br>(Rev. 2/88) | Case 4:19-cr-40027  Document 1  Filed 07/30/19  Page 1 of 1 | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | 0104/3:10CR00164-008 |
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT:<br>District of Puerto Rico | | DIVISION: U.S. PROBATION OFFICE | |
|---|---|---|---|---|
| Jaime López-Quiñones<br>34 Beacon Street<br>Worcester, MA 01608 | NAME OF SENTENCING JUDGE<br>Hon. Daniel R. Dominguez | | | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM<br>05/03/2019 | | TO<br>05/02/2027 |

OFFENSES: Title 21, U.S. Code, Section 846, 841(a)(1)(B), and 860 – Conspiracy to possess with the intent to distribute at least 500 grams but less than 2 kilograms of cocaine within 1,000 feet of a protected location.
Title 18, U.S. Code, Section 924(c)(1)(A)(i) – Carrying a firearm during and in relation to a drug trafficking crime.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

7.19.2019
Date / United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/31/19
Effective Date / United States District Judge